UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Misc. No. __ |
| ) | |
| City of New York; and Cynthia Brann, ) | |
| Commissioner of the New York City ) | |
| Department of Correction, ) | |
| ) | |
| Respondents. ) | |

## ORDER TO SHOW CAUSE

Upon the Petition of the United States of America to enforce U.S. Immigration and Customs Enforcement ("ICE") Subpoena No. ERO-ENF-NYC-202000005 seeking documents related to the investigation of Romero Ramirez-Macias also known as Romero Ramirez-Masias, which the United States issued to Respondent City of New York and Respondent New York City Department of Correction Commissioner Cynthia Brann (collectively, "Respondents") and on the bases of the points and authorities set forth in the United States' memorandum of law submitted in support of the Petition,

**IT IS HEREBY ORDERED** that Respondents must show cause why they should not be compelled by this Court to produce the books, records, and other papers demanded in the ICE Subpoena No. ERO-ENF-NYC-202000005 (attached as Exhibit A to the Petition) and served upon Respondents; and

**IT IS HEREBY ORDERED** that Respondents shall file its response to the Petition by **February 18, 2020**; and

**IT IS HEREBY ORDERED** that the United States shall file its reply in support of the Petition by **February 25, 2020.**

Dated: Brooklyn, New York
 Feb. 4 , 2020

_____
ERIC KOMITEE
United States District Judge