# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
|       *Petitioner*, | ) | |
| | ) | |
| v. | ) | 20-mc-256 |
| | ) | (Komitee, J.) |
| City of New York; and Cynthia Brann, | ) | |
| Commissioner of the New York City | ) | |
| Department of Correction, | ) | |
| | ) | |
|       *Respondents*. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action that:

    1. This action shall be dismissed, with prejudice, with each party to bear its own costs, expenses, and fees.

    2. The Clerk of the Court is directed to enter judgment accordingly.

Dated: Brooklyn, New York  
       February 27, 2020

RICHARD P. DONOGHUE  
United States Attorney  
*Counsel for Petitioner*

By:    */s/ Joseph A. Marutollo*  
       Joseph A. Marutollo  
       Assistant U.S. Attorney  
       (718) 254-6288  
       joseph.marutollo@usdoj.gov

Dated: New York, New York  
       February 27, 2020

JAMES E. JOHNSON  
Corporation Counsel of the City of New York  
*Counsel for Respondents*

By:    */s/ Kimberly M. Joyce*  
       Kimberly M. Joyce  
       Senior Counsel  
       (212) 356-2650

kjoyce@law.nyc.gov

SO ORDERED this
\_\_\_\_ day of _____, 2020

_____
HONORABLE ERIC R. KOMITEE
United States District Judge