# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>      *Petitioner*,<br><br>v.<br><br>City of New York; and Cynthia Brann, Commissioner of the New York City Department of Correction,<br><br>      *Respondents*. | 20-mc-256<br>(Komitee, J.) |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action that:

1. This action shall be dismissed, with prejudice, with each party to bear its own costs, expenses, and fees.

2. The Clerk of the Court is directed to enter judgment accordingly.

Dated: Brooklyn, New York
      February 27, 2020

RICHARD P. DONOGHUE
United States Attorney
*Counsel for Petitioner*

By:    */s/ Joseph A. Marutollo*
      Joseph A. Marutollo
      Assistant U.S. Attorney
      (718) 254-6288
      joseph.marutollo@usdoj.gov

Dated: New York, New York
      February 27, 2020

JAMES E. JOHNSON
Corporation Counsel of the City of New York
*Counsel for Respondents*

By:    */s/ Kimberly M. Joyce*
      Kimberly M. Joyce
      Senior Counsel
      (212) 356-2650

2

kjoyce@law.nyc.gov

SO ORDERED this
 27th  day of_____February_____, 2020


 /s/ Eric R. Komitee
_____
HONORABLE ERIC R. KOMITEE
United States District Judge

Case 1:20-mc-00256-EK-UAD   Document 11   Filed 02/27/20   Page 2 of 2 PageID #: 58