UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                               JUDGMENT
                                                               20-MC-0256 (EK)

                    Petitioner,

   -against-

CITY OF NEW YORK, et al.,

                    Respondents.
-------------------------------------------------------------X

       An Order of Honorable Eric R. Komitee, United States District Judge, having been filed on February 27, 2020, dismissing this action with prejudice, with each party to bear its own costs, expenses, and fees; it is

       ORDERED and ADJUDGED that this action is dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

Dated: Brooklyn, New York                                     Douglas C. Palmer
       February 27, 2020                                             Clerk of Court

                                                                   by:     */s/ AliciaGuy*
                                                                              Deputy Clerk